NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

APR 25 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LEWIS VINCENT HUGHES, in propria persona, Tax Parcel ID 665250-0040 and 665250-0030; DEAN A. ARP, <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> WILLIAM RAYMOND HINESLY, individually and severally; et al., <br><br> Defendants-Appellees. | No. 16-35193 <br><br> D.C. No. 2:16-cv-00005-RSM <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the Western District of Washington
Ricardo S. Martinez, Chief Judge, Presiding

Submitted April 11, 2017[**]

Before:    GOULD, CLIFTON, and HURWITZ, Circuit Judges.

Lewis Vincent Hughes and Dean A. Arp appeal pro se from the district

court's judgment dismissing their action for lack of subject matter jurisdiction. We

have jurisdiction under 28 U.S.C. § 1291 and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Because Hughes and Arp have failed to address on appeal how the district court erred in dismissing their action, they have waived their challenge to the district court's dismissal for lack of subject matter jurisdiction. *See Smith v. Marsh*, 194 F.3d 1045, 1052 (9th Cir. 1999) ("[O]n appeal, arguments not raised by a party in its opening brief are deemed waived.").

We reject as meritless Hughes and Arp's contention regarding the authority of the United States District Court for the Western District of Washington.

**AFFIRMED.**

16-35193